# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-mj-231-01-AJ | 11/15/2022  0920 Hrs | |

Inventory made in the presence of: TFO Michael Belleau   TFO Matt Flynn

Inventory of the property taken and name(s) of any person(s) seized:

- U.S. Currency
- Pressure Cooker

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/2022

*Executing officer's signature*

TFO Michael Belleau
*Printed name and title*